Argued September 19, affirmed September 19, petition for
rehearing denied October 11, petition for review
denied November 8, 1972

STATE OF OREGON, *Respondent, v.* WOODROW
DAVID GAINES (No. 37909), *Appellant.*

500 P2d 1061

*Robert C. Cannon,* Law Clerk, Salem, argued the
cause for appellant. On the brief were Gary D. Babbock, Public Defender, and Ken C. Hadley, Deputy
Public Defender, Salem.

*Brian R. Barnes,* Deputy District Attorney, Roseburg, argued the cause for respondent. With him on
the brief was Doyle L. Schiffman, District Attorney,
Roseburg.

Before SCHWAB, Chief Judge, and LANGTRY and
FORT, Judges.

AFFIRMED FROM THE BENCH.